Dane Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
Dane.Exnowski@mccalla.com

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br>Carmen Gesteen Crump<br><br>Debtor. | Case No. 20-40274<br>Chapter: 13<br>**REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT AND ANY INTERESTED PARTIES:**

Wells Fargo Bank, N.A. ("Secured Creditor") requests notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices under Federal Rules of Bankruptcy Procedure 2002(g) and the Local Bankruptcy Rules of this Bankruptcy Court. Secured Creditor requests that the following name and address be added to the mailing list in this matter as an interested party to the mailing service list in the above referenced case be mailed to:

Wells Fargo Bank, N.A.
c/o McCalla Raymer Leibert Pierce LLP
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Dated: 02/20/2020

Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLP
By: */s/Dane Exnowski*
Dane Exnowski